JS-6

ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
Jeffrey L. Le Pere, SBN: 201787
Michael A. Klitzke, SBN: 299765
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
Telephone:  (858) 348-1005
Facsimile:   (858) 348-1150
*hal@rbblawgroup.com*
*jeff@rbblawgroup.com*
*michael@rbblawgroup.com*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WEAVER, an individual<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, FAIRVIEW FORD SALES, INC., a California corporation, and DOES 1-30, inclusive<br><br>Defendants. | Case No. 5:16-CV-00292-AB-SP<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Andrew Birotte, Jr.<br>Ctrm:   4 – 2nd Floor<br><br>Complaint Filed: February 17, 2016<br>Trial Date: April 4, 2017 |

On September 27, 2016, plaintiff SARAH WEAVER along with defendants FORD MOTOR COMPANY and FAIRVIEW FORD SALES, INC., entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

///

///

///

///

1  Therefore, good cause having been shown and the parties having stipulated to
2  same, the Court hereby makes the following order:

4  IT IS ORDERED THAT:

5      1. This entire action is dismissed with prejudice, and each party shall bear
6         their own fees and costs.

10 Dated:  September 29, 2016  
                                      _____  
                                      ANDRÉ BIROTTE JR.  
                                      United States District Court Judge  
                                      Central District of California